Otis James Hughes III, pro se
Saguaro Corr. Cntr. _____
1252 E. Arica Rd.
Eloy, AZ 85131

U.S. COURTS

MAY 13 2025

Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

IN THE UNITED STATES DISTRICT COURT, DISTRICT OF IDAHO

Supreme Court Docket No. 50820-2023

CASE NO. CV01-21-12743

| | |
|---|---|
| OTIS JAMES HUGHES III ) | |
| ) | |
| Petitioner ) | |
| ) | PETITION FOR WRIT |
| v. ) | OF HABEAS CORPUS |
| ) | |
| DIRECTOR, ) | |
| STATE OF IDAHO DEP'T OF CORR. ) | |
| ) | |
| Respondent ) | |

The Petitioner, Otis James Hughes III, avers as follows:

I. PARTIES

1.1 Otis James Hughes III, Petitioner herein is confined at the Saguaro Correctional Center in Eloy, AZ. During Trial, Petitioner was convicted in the Ada County District Court of 7 counts of Drug-Trafficking in Heroin 4 Counts, Controlled Substance 2 Counts, Drug Paraphernalia 1 count 22 year unified sentence in custody of the Idaho Department of Corrections: case CR CV01-21-12743

1.2 Respondent is the Director of the Idaho Department of Corrections in Boise, Idaho.

1-Petition for Writ of Habeas Corpus

## II. JURISDICTION

2.1 The United States District Court has jurisdiction over this petition for a writ of habeas corpus pursuant to 28 U.S.C. 2254 and 1331. Petitioner is in custody pursuant to a judgment of an Idaho state court, and seeks relief on the ground that his imprisonment and sentence are in violation of his rights under the United States Constitution.

## III. VENUE

3.1 Venue is proper in the United States District Court for the District of Idaho because conviction was obtained in the Shoshone County District Court in Wallace, Idaho. See 28 U.S.C 2241(d).

## IV. PROCEDURAL HISTORY

4.1 On **6-15-2017**, the State filed an information charging the Petitioner with **7** counts of **Drug-Traffiking in Heroin 4 counts, Controlled Substance 2 counts, Drug Paraphernalia**

4.2 The Petitioner was tried in the **Ada** County District Court on these charges during **Trial 12-8** of 20**17**. The Idaho Court of Appeals affirmed the Petitioner's convictions in an unpublished decision; see State v. **Hughes**, Docket No. **45972** (Ct. App. _____, 20**25**).

4.3 During the course of the appeal, Petitioner filed for review to the Idaho Supreme Court, seeking review of the decisions in Court of Appeals No. **45972**. The Court denied review.

4.4 During the course of the appeal, Petitioner filed for review to the Idaho Supreme Court, seeking review of the decisions in Court of Appeals No. **45972**. The Court denied review.

4.5 The Petitioner filed a Petition for Post Conviction Relief, which was dismissed by the Ada County District Court on **May 10th**, 20**23**. The Idaho Court of Appeals affirmed the district court's ruling to dismiss the Petition for Post Conviction Relief; see **Hughes** v. State, Docket No. **CV01-21-12943** (Ct.App. _____ )
**CV01-21-12943**
**Supreme Court Docket No 50820-2023**

4.6 During the course of the appeal, Petitioner filed for review to the Idaho Supreme Court, seeking review of the decisions in Court of Appeals No **50820-2023** The Court denied review.
**CV01-21-12743**

## V. GROUNDS FOR RELIEF

The grounds on which Petitioner contends his conviction is contrary to the Constitution of the United States are as follows:

5.1 **Claim I:** Petitioner Was Denied His Sixth Amendment Right To The Effective Assistance Of Counsel During Critical Stages Of The Criminal Proceedings Against Him; and

The factual claims and legal arguments that support these claims are set forth in Petitioner's Memorandum in Support of Petition for Writ of Habeas Corpus and any exhibits attached or included in the Petitioner's Addendum to Memorandum in Support of Petition for Writ of Habeas Corpus. These factual claims and legal arguments, along with any attached exhibits, are hereby incorporated by reference. If not for these several errors the Petitioner would have established that he was actually innocent of the offenses with which he was charged.

3-Petition for Writ of Habeas Corpus

## VI. EXHAUSTION

6.1 All grounds for relief raised in this petition for a writ of habeas corpus have previously been presented to the Idaho Supreme Court.

## VII. RELIEF REQUESTED

WHEREFORE, Petitioner  Otis James Hughes III  prays that this Court:

7.1 Issue a writ of habeas corpus to have Petitioner brought before the court to the end that he may be discharged from his unconstitutional convictions;

7.2 Require Respondent to bring forward the entire record of the state court proceedings;

7.3 Require Respondent to file an answer admitting or denying each and every factual allegation herein;

7.4 Allow Petitioner to conduct discovery and to expand the record relating to the issues raised by this Petition;

7.5 Allow Petitioner sufficient time to brief the issues of law raised by this petition;

7.6 Grant such other and further relief as may be appropriate.

SUBMITTED this  6th  day of  May , 2025 .

I verify under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

*Otis Hughes*
Otis James Hughes III, pro se