# IDAHO DEPARTMENT OF CORRECTION
## Resident Concern Form

Resident Name: Otis J. Hughes III     IDOC Number: 126723
Institution, Housing Unit, & Cell: SCC LB65     Date: 5-7-2025
To: The United States Courts Boise, Idaho
(Address to appropriate staff: Person most directly responsible for this issue or concern)

Issue/Concern: Timely Filed / I/Appellant Received the Remittitur/Denial Order from "The Idaho Court Of Appeals on May 6th, 2025 My Petition For Writ Of Habeas Corpus is Timely Filed    Mail Box Rule
    I mailed The Petition For Writ Of Habeas Corpus along with other docume.
The United States Courts W. Fort 4th Floor, Boise Idaho today. The SCC did a great job and service in this matter

(Description of the issue must be written only on the lines provided above.)

Resident signature: Otis Hughes

### Staff Section

(Signature of Staff Member Acknowledging Receipt) / Associate ID #
Collected/Received: 5/7/25
(Date collected or received)

Reply: _____

Responding Staff Signature: _____     Associate ID #: _____     Date: _____

Pink copy to resident (after receiving staff's signature),
Original and Yellow copy to responding staff (after completing the reply, yellow copy returned to resident.) Last Rev. 1/21
PRT3NCROCF

---

# IDAHO DEPARTMENT OF CORRECTION
## Resident Concern Form

Resident Name: Otis James Hughes     IDOC Number: 126723
Institution, Housing Unit, & Cell: SCC LB65 Here at Saguaro Correctional Center     Date: 5-7-2025
To: United States District Court, District Of Idaho
(Address to appropriate staff: Person most directly responsible for this issue or concern)

Issue/Concern: Mail Box Petition For Writ Of Writ Of Habeas Corpus; Addendum, Memorandum, "Mail Box Rule"
The Petitioner Otis James Hughes claims this filing timely under the "Mail Box Rule" see State v. Johnson 152 Idaho 56, 266 P.3d 1146 (2011) (The Federal Mail Box Rule if this exist) in that the petitioner submitted these document to Prison Authorities on May 7, 2025 after which said documents are no longer under the Petitioners Control.
The Staff at Saguaro Correctional Center did a great and diligent job and service in this mailing and filing matter

(Description of the issue must be written only on the lines provided above.)

Resident signature: Otis James Hughes   Otis Hughes

### Staff Section

(Signature of Staff Member Acknowledging Receipt) / Associate ID #
Collected/Received: 5-7-25
(Date collected or received)

Reply: _____

Responding Staff Signature: _____     Associate ID #: _____     Date: _____

Pink copy to resident (after receiving staff's signature),
Original and Yellow copy to responding staff (after completing the reply, yellow copy returned to resident.) Last Rev. 1/21
PRT3NCROCF

United States Courts 550 W. Fort St. 4th Floor, Idaho Boise Timely Filed Petition for Habeas Corpus Writ
Supreme Court Docket No. 50820-2023    NO. CV01-21-12743 done

**IDAHO DEPARTMENT OF CORRECTION**
**Resident Concern Form**

Resident Name: Otis James Hughes III    IDOC Number: 126723
Institution, Housing Unit, & Cell: SCC LB65    Date: 5-7-2025
To: The United States Courts Boise, Idaho
(Address to appropriate staff: Person most directly responsible for this issue or concern)

Issue/Concern: Mail Box Rule Claims these Documents timely filed 1) Petition for Writ of Habeas Corpus
2) Addendum to Petition For Writ of Habeas Corpus, Memorandum in Support of Petition For Writ of Habeas Corpus
Mail Box Rule see see State V. Johnson 152 Idaho 56, 266 P.3d 1161 (2011) I submitted documents to Authorities on 5-7-202
3) Motion to Toll Time (Habeas Corpus) 4) Affidavit In Support of Motion To Toll Time 5) Motion For Stay And OBEY
6) Motion To Proceed In Forma Pauperis.    SCC Staff did a great job with this service

(Description of the issue must be written only on the lines provided above.)

Resident signature: Otis Hughes

**Staff Section**

(Signature of Staff Member Acknowledging Receipt) / Associate ID #    Collected/Received: 5/7/25
(Date collected or received)

Reply: _____

Responding Staff Signature: _____    Associate ID # : _____    Date: _____

Pink copy to resident (after receiving staff's signature),
Original and Yellow copy to responding staff (after completing the reply, yellow copy returned to resident.) Last Rev. 1/21    PRT3NCROCF