Otis James Hughes III, pro se
Full Name/Prisoner Name

Saguaro Corr. Cntr
1252 E. Arica Rd.
Eloy, AZ 85131
Complete Mailing Address

Plaintiff/Defendant
(circle one)

U.S. COURTS

MAY 13 2025

Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

## In The United States Court Of Idaho

### Affidavit In Support Of Petition For Writ Of Habeas Corpus
Supreme Court Docket No. 50420-2023

Otis James Hughes III pro se
Plaintiff/Petitioner,
Full name(s)

vs.

Director,

State Of Idaho Dep't Of Corrections
Defendant/Respondent(s),
Full name(s). Do not use et. al.

) CASE NO. CV01-21-12743
)
) Affidavit In Support Of
) Petition For Writ Of
) Habeas Corpus and other documents such as
) Motion To Proceed In Forma Pauperis
) and
) Addendum To Petition For Writ Of Habeas Corpus
) Memorandum In Support Of Petition
) For Writ Of Habeas Corpus

COMES NOW, Otis James Hughes III Plaintiff/Defendant (circle one) in the above entitled Affidavit In Support Of Petition For Writ Of Habeas Corpus and other documents

I Otis James Hughes do declare that I am pro se and therefore Since I am pro se that makes 1) The Petition For Writ Of Habeas Corpus 2) The Addendum to Petition For Writ Of Habeas Corpus, Memorandum In Support of Petition for Writ Of Habeas Corpus and 3) Motion To Proceed In Forma Pauperis one in the same.

- 1

Affidavit Of In Support Of Petition   -pg. 1

Revised 3/24/16

I am an IDOC ~~Immate~~ and do to last minute circumstances, I wasn't able to type an Affidavit so I had to write one. Please bare with me.

This Affidavit is attached to all Documents that comes with The Petition For Writ Of Habeas Corpus, everything that is said in all documents is said and supported by this Affidavit which is one and the same as and with all documents.

This Affidavit is attached to The Petition For Writ Of Habeas Corpus and The Addendum To Petition For Writ Of Habeas Corpus and Memorandum In Support Of Petition For Writ Of Habeas Corpus which makes The Affidavit and The Petition For Writ Of Habeas Corpus one and the same. This Affidavit is the foundation of these documents and everything said in all documents is part of this Affidavit.

Thank You!
Otis Hughes

Further your affiant sayeth naught.

DATED This 6th day of May, 2025.

Otis Hughes
Signature

**CERTIFICATION UNDER PENALTY OF PERJURY**

I certify under penalty of perjury pursuant to the law of the State of Idaho that the foregoing is true and correct.

Date: May 6th, 2025

Otis James Hughes III
Typed/Printed

Otis Hughes
Signature

AFFIDAVIT OF Support of Petition for Writ - pg. 2
Revised 3/24/16

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on the 6th day of May 2025, I mailed a true and correct copy of the AFFIDAVIT In Support Of Petition for Writ Of Habeas Corpus via prison mail system for processing to the U.S. mail system to:

United States Courts
James A. McClure Federal Building
550 W. Fort St. 4th Floor
Boise, Idaho. 83724

_Otis Hughs_
Signature

AFFIDAVIT OF Support of Petition for Writ - pg. 3
Revised 3/24/16

United States Court Idaho  I.R.C.P. Rule 2.2
Affidavit OF Truth, Timely Filed

1) Petition for Writ OF Habeas Corpus should be declared filed timely. I Otis James Hughes III do believe that my Petition for Writ OF Habeas Corpus is timely filed.

On April 30th, 2025 In the Court OF Appeals OF THE STATE OF IDAHO The Petitioner's Appellant's Petition for Review was denied.

Docket No. 50820-2023   Ada County - CV01-21-12743.

Further your affiant sayeth naught.

DATED This 6th day of May, 2025

_Otis Hughes_
Signature

**CERTIFICATION UNDER PENALTY OF PERJURY**

I certify under penalty of perjury pursuant to the law of the State of Idaho that the foregoing is true and correct.

Date: May 6th 2025

Otis James Hughes III
Typed/Printed

_Otis Hughes_
Signature

AFFIDAVIT OF Truth, Timely Filed pg. 1
Revised 3/24/16

The Petitioner-Appellant being myself recieved the Remittitur/Denial/Court Order from the Court Of Appeals Of The State Of Idaho on on May 6th, 2025 which is today.

I pray to the Court that my Petition For Writ Of Habeas Corpus be declare as timely filed. Mail Box Rule State v. Johnson, 152 Idaho 56, 266 P.3d 1161 (2011)

in that the petitioner submit

Thank You!

Otis Hughes

Further your affiant sayeth naught.

DATED This 6th day of May, 2025;

_____
Signature

**CERTIFICATION UNDER PENALTY OF PERJURY**

I certify under penalty of perjury pursuant to the law of the State of Idaho that the foregoing is true and correct.

Date: 5-6-2025

Otis James Hughes III
Typed/Printed

_____
Signature

AFFIDAVIT OF Truth, Timely Filed - pg. 2
Revised 3/24/16

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on the 6th day of May 2025, I mailed a true and correct copy of the AFFIDAVIT Certificate of Mailing via prison mail system for processing to the U.S. mail system to:

United States Courts
James A. McClure Federal Building
550 W. Fort St, 4th Floor
Boise, Idaho 83724

_Otis Hughs_
Signature

AFFIDAVIT OF Certificate of Mailing - pg. 1    This is Tim.
Revised 3/24/16

CC

Must File My Write of Habeas Corpus as current