ZIP 85131
02 7H
0006216778
$ 003.15
MAY 09 2025



United States Courts
James A. McClure Federal Builing
550 W. Fort St. 4th Floor
Boise, Idaho. 83724

05-7-25
nature: cc y